RECEIVED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

2007 DEC 13  5: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY<br>OF READING, PENNSYLVANIA,<br>a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>TMG STAFFING SERVICES, INC., an<br>Alabama corporation, and TMG STAFFING<br>SERVICES, INC., a dissolved Florida<br>corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:07cv1086-mht<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW American Casualty Company of Reading, Pennsylvania, Plaintiff in the

above-captioned matter, and in accordance with the order of this Court, making the following

disclosure concerning parent companies, subsidiaries, partners, limited liability entity members

and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under

the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

American Casualty Company of Reading, Pennsylvania is a wholly-owned subsidiary of

Continental Casualty Company, which is wholly-owned by The Continental Corporation, which

is wholly-owned by CNA Financial Corporation, which is publicly held, and The Loews

Corporation, also publicly held, owns more than 10% of the outstanding common stock of CNA

Financial Corporation.

Dated this 12th day of December, 2007.

Elizabeth W. McElroy
One of the Attorneys for Plaintiff
American Casualty Company of
Reading, Pennsylvania

OF COUNSEL:

BAXLEY, DILLARD, DAUPHIN
    MCKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: 205-271-1100


OF COUNSEL:

Wade H. Baxley
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, Alabama 36302
Phone: 334-793-6550