IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY )<br>OF READING, PENNSYLVANIA, )<br>a Pennsylvania corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TMG STAFFING SERVICES, INC., an )<br>Alabama corporation, and TMG STAFFING )<br>SERVICES, INC., a dissolved Florida )<br>corporation, )<br>)<br>Defendants. ) | CASE NO. 1:07cv1086-MHT |

## MOTION TO ALLOW COUNSEL TO APPEAR *PRO HAC VICE*

COMES NOW Elizabeth W. McElroy, counsel of record in this matter and a member of the bar of this Court, and files this motion seeking the Court's permission to allow the following counsel to appear *pro hac vice* as co-counsel for Plaintiff in this matter:

Michael Lee McCluggage
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois, 60606
Phone: 312-201-2000

Matthew J. Caccamo
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois, 60606
Phone: 312-201-2000

Richard Jonathan Street
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois, 60606
Phone: 312-201-2000

Robert C. Deegan
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois, 60606
Phone: 312-201-2000

Kenneth M. Gorenberg
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois, 60606
Phone: 312-201-2000

Attached are Certificates of Good Standing from the United States District Court for the Northern District of Illinois indicating the above named counsel's good standing in the bar.

WHEREFORE, premises considered, Elizabeth W. McElroy respectfully requests that this Court allow the above named counsel to appear *pro hac vice* in the above styled matter.

/s/ Elizabeth W. McElroy
Elizabeth W. McElroy
One of the Attorneys for Plaintiff
American Casualty Company of
Reading, Pennsylvania

OF COUNSEL:

BAXLEY, DILLARD, DAUPHIN
    MCKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: 205-271-1100


OF COUNSEL:

Wade H. Baxley
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, Alabama 36302
Phone: 334-793-6550

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Michael Lee McCluggage

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael Lee McCluggage was duly admitted to practice in said Court on (12/19/1972) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/18/2007 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



United States of America

} ss. Richard Jonathon Street

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Richard Jonathon Street was duly admitted to practice in said Court on (12/18/1986) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/18/2007 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Kenneth M. Gorenberg

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Kenneth M. Gorenberg was duly admitted to practice in said Court on (12/20/1990) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/18/2007 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Matthew J Caccamo

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Matthew J Caccamo was duly admitted to practice in said Court on (01/13/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/18/2007 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Robert C. Deegan

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Robert C. Deegan was duly admitted to practice in said Court on (02/21/2007) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/18/2007 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk