7005 0390 0005 0243 3065

UNDELIVERABLE
AS ADDRESSED
NO FORW...

UNDELIVERABLE
AS ADDRESSED
NO...

**TMG Staffing Services, Inc.**
**c/o Rosemary G. McKibben**
**3124 West Main Street, Suite #3**
**Dothan, Alabama 36303**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA,

**SUMMONS IN A CIVIL ACTION**

V.

TMG STAFFING SERVICES, INC., ET AL.

CASE NUMBER:  1:07CV 1086 -mht

TO: (Name and address of Defendant)

TMG Staffing Services, Inc.
c/o Rosemary G. McKibben
3124 West Main Street, Suite #5
Dothan, Alabama 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth W. McElroy
Baxley, Dillard, Dauphin, McKnight & Barclift
2008 Third Avenue South
Birmingham, Alabama 35233

Wade H. Baxley
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE  12/19/07