```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002391
Cashier ID: khaynes
Transaction Date: 12/27/2007
Payer Name: BAXLEY DILLARD DAUPHIN MCKNIGH
--------------------------------------
PRO HOC VICE
 For: RICHARD JONATHON STREET
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
PRO HOC VICE
 For: MICHAEL LEE McCLUGGAGE
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
PRO HOC VICE
 For: KENNETH M GORENBERG
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
PRO HOC VICE
 For: MATTHEW J CACCAMO
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
PRO HOC VICE
 For: ROBERT C. DEEGAN
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
--------------------------------------
CHECK
 Check/Money Order Num: 26631
 Amt Tendered:   $100.00
--------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

1:07-cv-01086-MHT-SRW


American Casualty Company of
Reading, Pennsylvania v. TMG
Staffing Services, Inc. et al
```