IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AMERICAN CASUALTY COMPANY    )
OF READING, PENNSYLVANIA,    )
a Pennsylvania Corporation,  )
                             )
    Plaintiff,                )
                             )    CIVIL ACTION NO.
    v.                       )     1:07cv1086-MHT
                             )
TMG STAFFING SERVICES,       )
INC., an Alabama             )
Corporation, and TMG         )
STAFFING SERVICES, INC.,     )
a dissolved Florida          )
Corporation,                 )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to allow counsel to appear pro hac vice (Doc. No. 4) is granted.

DONE, this the 3rd day of January, 2008.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE