AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA,

V.

TMG STAFFING SERVICES, INC., ET AL.

ALIAS
SUMMONS IN A CIVIL ACTION

RECEIVED
2008 FEB 13 A 10:08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER:   1:07cv1086-MHT

TO: (Name and address of Defendant)

TMG Staffing Services, Inc., a dissolved Florida corporation
c/o Andrew J. McKibben, III
2634 Lakeview Circle
Alford, Florida 32420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth W. McElroy
Baxley, Dillard, Dauphin, McKnight & Barclift
2008 Third Avenue South
Birmingham, Alabama 35233

Wade H. Baxley
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                    1/30/08

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 02/06/2008 |
| NAME OF SERVER (PRINT) MARK WARD | TITLE PVT. SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ~~WORK~~ ~~Sct~~

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Rosemary 6. McKibben.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/06/2008        [signature]
                Date              Signature of Server

2149 Denton Road Suite 1  Dothan, AL 36303
Address of Server

RECEIVED 2008 FEB 13 A 10:08 DEBRA P. HACKETT, CL U.S. DISTRICT COURT MIDDLE DISTRICT ALA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.