⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | | ALABAMA |

RECEIVED
2008 FEB 13 A 10: 08
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,

V.

TMG STAFFING SERVICES, INC., ET AL.

ALIAS
SUMMONS IN A CIVIL ACTION

CASE NUMBER:   1:07cv1086-MHT

TO: (Name and address of Defendant)

   TMG Staffing Services, Inc. **AL**
   c/o Rosemary G. McKibben
   3124 West Main Street, Suite #5
   Dothan, Alabama 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Elizabeth W. McElroy
   Baxley, Dillard, Dauphin, McKnight & Barclift
   2008 Third Avenue South
   Birmingham, Alabama 35233

   Wade H. Baxley
   Ramsey, Baxley & McDougle
   P.O. Drawer 1486
   Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                   January 25, 2008
CLERK                                                DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 02/06/2008 | |
| NAME OF SERVER (PRINT) Mark Ward | TITLE PVT. SERVER | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Employment SCI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/06/2008     /s/ signature
  Date          Signature of Server

2149 Denton Road Suite 1 Dotham, AL 36303
Address of Server

RECEIVED 2008 FEB 13 A 10:08 DEBRA P. HACKETT, U.S. DISTRICT COURT MIDDLE DISTRICT ALA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.