# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY ) <br> OF READING, PENNSYLVANIA, ) <br> a Pennsylvania corporation, ) <br> ) <br>       **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **TMG STAFFING SERVICES, INC.,** an ) <br> Alabama corporation, and **TMG STAFFING**) <br> **SERVICES, INC.,** a dissolved Florida ) <br> corporation, ) <br> ) <br>       **Defendants.** ) | CASE NO. 1:07-CV-01086-MHT-SRW |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, American Casualty Company of Reading, Pennsylvania, a Pennsylvania corporation, and requests the Clerk to enter a default against the Defendants, TMG Staffing Services, Inc., an Alabama corporation, and TMG Staffing Services, Inc., a dissolved Florida corporation, in the above entitled action for their failure to plead, answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any Answer or other defense which they might have upon the undersigned attorney of record for the Plaintiff. In support of said Application, Plaintiff submits the Affidavit of Elizabeth W. McElroy, one of its attorneys, attached here as Exhibit A.

Dated this 13th day of June, 2008.

          s/ Elizabeth W. McElroy
          Elizabeth W. McElroy
          One of the Attorneys for Plaintiff
          American Casualty Company of
             Reading, Pennsylvania

OF COUNSEL:

BAXLEY, DILLARD, DAUPHIN
  MCKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: 205-271-1100


Wade H. Baxley
RAMSEY, BAXLEY & MCDOUGLE
P.O. Drawer 1486
Dothan, Alabama 36302
Phone: 334-793-6550



*Admitted Pro Hac Vice:*
Michael L. McCluggage
R. John Street
Kenneth M. Gorenberg
Matthew J. Caccamo
Robert C. Deegan
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
Phone: 312-201-2000

# EXHIBIT A

## AFFIDAVIT OF ELIZABETH W. MCELROY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY<br>OF READING, PENNSYLVANIA,<br>a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>TMG STAFFING SERVICES, INC., an<br>Alabama corporation, and TMG STAFFING<br>SERVICES, INC., a dissolved Florida<br>corporation,<br><br>Defendants. | CASE NO. 1:07-CV-01086-MHT-SRW |

## AFFIDAVIT OF ELIZABETH W. MCELROY

STATE OF ALABAMA    )

COUNTY OF JEFFERSON  )

I, Elizabeth W. McElroy, being duly sworn, depose and say:

1. That I am one of the attorneys of record for the Plaintiff and have personal knowledge of the facts set forth in this affidavit.

2. American Casualty Company of Reading, Pennsylvania filed its Complaint in this matter on December 13, 2007.

3. TMG Staffing Services, Inc., an Alabama corporation, most recently filed an annual report with the Alabama Secretary of State on or shortly before July 17, 2007. A copy of the recorded detail of that 2007 annual report, printed from the Alabama Secretary of State's website on

**Exhibit A**

June 11, 2008, is attached as Exhibit 1. The annual report identifies TMG Staffing Services, Inc., an Alabama corporation's registered agent as Rosemary G. McKibben in Dothan, Alabama.

4. TMG Staffing Services, Inc., a dissolved Florida corporation, most recently filed an annual report with the Florida Secretary of State on April 21, 2005. A copy of that annual report is attached as Exhibit 2. The annual report identifies Rosemary G. McKibben in Dothan, Alabama, as President of TMG Staffing Services, Inc., a Florida corporation.

5. On February 13, 2008, American Casualty Company of Reading, Pennsylvania filed returns of services on TMG Staffing Services, Inc., an Alabama corporation (Doc. No. 12, attached as Exhibit 3), and TMG Staffing Services, Inc., a dissolved Florida corporation (Doc. No. 11, attached as Exhibit 4). Both returns of service include declarations by a private process server, Mark Ward, that he hand delivered the complaint and summons to Rosemary G. McKibben on February 6, 2008 at her home or place of employment in Dothan, Alabama.

6. No appearance or pleading has been filed on behalf of either TMG Staffing Services, Inc., an Alabama corporation, or TMG Staffing Services, Inc., a dissolved Florida corporation. More than 20 days have elapsed since the date on which the said Defendants were served with the Summons and a copy of the Complaint.

7. Defendants have failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense which they might have upon the undersigned attorney of record for the Plaintiff.

8. This affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of

default against the Defendants, for their failure to answer or otherwise defend as to the Plaintiff's Complaint.

_____
Elizabeth W. McElroy

Sworn to and subscribed before me on this the 13th day of June, 2008.

_____
Notary Public
My Commission Expires: 5/10/11

3



## Annual Report Details

**INITIATE NEW BROWSE**

### 2007 Annual Report

```
Reporting
  Address...:    TMG STAFFING SERVICES INC
                 106 ADRIS PL
                 DOTHAN, AL  36303-1997

Agent As
  Reported..:    MCKIBBEN, ROSEMARY G
                 SUITE 5
                 3124 W MAIN ST
                 DOTHAN, AL  36305-1146

President
  Of Corp...:    * Not On Data Base

Secretary
  Of Corp...:    * Not On Data Base

General
  Business..:    EMPLOYEE LEASING
                 3124 W MAIN ST STE 5
                 DOTHAN, AL  36303

Telephone
  Number....:    000-000-0000

Processed
  By Revenue:    07-17-2007
```

**← PREVIOUS PAGE**

P.O. Box 5616
Montgomery, AL 36103-5616

Alabama Directory | Media | Online Services | Alabama.gov
Statements/Policies | Alerts | Survey/Comments | Feeds | Contact Us

**Exhibit 1**

http://arc-sos.state.al.us/CGI/SOSCRP10A.MBR/OUTPUT?PGM=2&P01=209881M&P0...   6/11/2008

# 2005 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 698957

**FILED**
Apr 21, 2005
**Secretary of State**

**Entity Name:** TMG STAFFING SERVICES, INC.

**Current Principal Place of Business:**

PO BOX 8826
DOTHAN, AL 36304

**New Principal Place of Business:**

**Current Mailing Address:**

PO BOX 8826
DOTHAN, AL 36305

**New Mailing Address:**

FEI Number: 63-1251064     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

MCKIBBEN, ANDREW J III
2634 LAKEVIEW CIRCLE
ALFORD, FL 32420    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:       C           ( ) Delete
Name:        THOSTESON, COLLEEN
Address:     6502 STATE HIGHWAY 134 EAST
City-St-Zip: COLUMBIA, AL 36319

Title:       VP          ( ) Delete
Name:        GOODSON, JEFF
Address:     107 TELFORD PLACE
City-St-Zip: DOTHAN, AL 36305

Title:       P           ( ) Delete
Name:        MCKIBBEN, ROSEMARY
Address:     110 HADDINGTON PARK
City-St-Zip: DOTHAN, AL 36305

Title:                   ( ) Delete
Name:
Address:
City-St-Zip:

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:                   ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:                   ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:                   ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:       VP          ( ) Change (X) Addition
Name:        KNOWLES, FRANK B
Address:     114 EMERALD LAKE TERRACE
City-St-Zip: DOTHAN, AL 36303

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: ROSEMARY G. MCKIBBEN                                    P              04/21/2005
Electronic Signature of Signing Officer or Director                                Date

**Exhibit 2**

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

RECEIVED 2008 FEB 13 A 10: 08
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,

V.

TMG STAFFING SERVICES, INC., ET AL.

ALIAS SUMMONS IN A CIVIL ACTION

CASE NUMBER:  1:07cv1086-MHT

TO: (Name and address of Defendant)

TMG Staffing Services, Inc. AL
c/o Rosemary G. McKibben
3124 West Main Street, Suite #5
Dothan, Alabama 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth W. McElroy
Baxley, Dillard, Dauphin, McKnight & Barclift
2008 Third Avenue South
Birmingham, Alabama 35233

Wade H. Baxley
Ramsey, Baxley & McDougle
P.O. Drawer 1486
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*Donna M. [signature]*
(By) DEPUTY CLERK

DATE  *January 25, 2008*

Exhibit 3

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 02/06/2008 |
| NAME OF SERVER (PRINT) Mark Ward | TITLE | PVT. SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Employment SCI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/06/2008          [signature]
              Date                Signature of Server

2149 Denton Road Suite/ Dothan, AL 36[..]
Address of Server

RECEIVED 2008 FEB 13 A 10:08 DEBRA P. HACKETT, U.S. DISTRICT COURT MIDDLE DISTRICT ALA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA,

V.

TMG STAFFING SERVICES, INC., ET AL.

RECEIVED
2008 FEB 13 A 10:08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**ALIAS
SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv1086-MHT

TO: (Name and address of Defendant)

    TMG Staffing Services, Inc., a dissolved Florida corporation
    c/o Andrew J. McKibben, III
    2634 Lakeview Circle
    Alford, Florida 32420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Elizabeth W. McElroy
    Baxley, Dillard, Dauphin, McKnight & Barclift
    2008 Third Avenue South
    Birmingham, Alabama 35233

    Wade H. Baxley
    Ramsey, Baxley & McDougle
    P.O. Drawer 1486
    Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    1/30/08

CLERK                                                 DATE

*(signature)*
(By) DEPUTY CLERK

**Exhibit 4**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 02/06/2008 |
| NAME OF SERVER (PRINT) MARK WARD | TITLE | PVT. SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ~~WORK~~ ~~6C1~~

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rosemary 6. McKibben.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/06/2008
Date

Signature of Server

2149 Denton Road Suite 1  Dothan, AL 36303
Address of Server

RECEIVED 2008 FEB 13 A 10:08 DEBRA P. HACKETT, CL... U.S. DISTRICT COURT MIDDLE DISTRICT ALA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.