IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TMG STAFFING SERVICES, INC., an ALABAMA corporation, and TMG STAFFING SERVICES, INC., a dissolved Florida corporation, )<br>)<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 1:07-cv-1086-MHT-SRW |

ENTRY OF DEFAULT

It appearing that defendants TMG Staffing Services, Inc., an Alabama corporation, and TMG Staffing Services, Inc., a dissolved Florida corporation, were duly served with a copy of the summons and complaint on February 6, 2008, and said defendants have failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on June 13, 2008, as required by law.

DEFAULT is hereby entered against said defendants TMG Staffing Services, Inc., an Alabama corporation, and TMG Staffing Services, Inc., a dissolved Florida corporation.

DONE THIS  27th   day of   June  , 2008.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA