American Casualty Company of Reading, Pennsylvania        Case No. 1:07cv1086-MHT

vs

TMG Staffing Services, Inc., et al

Notice of Change of Address

TMG Staffing Services, Inc. AL
SCI Companies
220 Healthwest Drive
Suite 3
Dothan, AL 36303

TMG Staffing Services, Inc. FL
SCI Companies
220 Healthwest Drive
Suite 3
Dothan, AL 36303