IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:07cv1086-MHT (WO) |
| TMG STAFFING SERVICES, INC., an Alabama Corporation, and TMG STAFFING SERVICES, INC., a dissolved Florida Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

OPINION

This lawsuit is now before the court on plaintiff American Casualty Company of Reading, Pennsylvania's motion for judgment by default in the amount of $ 8,578,547.00 against defendants TMG Staffing Services, Inc., an Alabama Corporation, and TMG Staffing Services, Inc., a dissolved Florida Corporation.  American casualty

also requests prejudgment interest in the amount of $ 3,100,061.00 from the TMG Staffing defendants.

The record in this case reflects that the TMG Staffing defendants were served with a copy of the summons and complaint; that they have failed to respond to the summons and complaint within the time allowed; and that they have failed to respond to an order of this court to show cause as to why final judgment should not be entered against then. Accordingly, this court is of the opinion that American Casualty's motion for judgment by default should be granted and that judgment by default in the amount requested should be entered against the TMG Staffing defendants.

An appropriate judgment will be entered.

DONE, this the 17th day of November, 2008.


　　　/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE