IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
AMERICAN CASUALTY COMPANY   )
OF READING, PENNSYLVANIA,   )
a Pennsylvania Corporation, )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      1:07cv1086-MHT
                            )           (WO)
TMG STAFFING SERVICES,      )
INC., an Alabama            )
Corporation, and TMG        )
STAFFING SERVICES, INC.,    )
a dissolved Florida         )
Corporation,                )
                            )
    Defendants.             )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff American Casualty Company of Reading, Pennsylvania's motion for judgment by default (Doc. No. 16) is granted.

(2) Judgment is entered in favor of plaintiff American Casualty Company of Reading,

Pennsylvania and against defendants TMG Staffing Services, Inc., an Alabama Corporation, and TMG Staffing Services, Inc., a dissolved Florida Corporation.

(3) Plaintiff American Casualty Company of Reading, Pennsylvania shall have and recover the sum of $ 8,578,547.00 from defendants TMG Staffing Services, Inc., an Alabama Corporation, and TMG Staffing Services, Inc., a dissolved Florida Corporation.

(4) Plaintiff American Casualty Company of Reading, Pennsylvania shall have and recover the additional, prejudgment interest sum of $ 3,100,061.00 from defendants TMG Staffing Services, Inc., an Alabama Corporation, and TMG Staffing Services, Inc., a dissolved Florida Corporation.

It is further ORDERED that costs are taxed against defendants TMG Staffing Services, Inc., an Alabama

Corporation, and TMG Staffing Services, Inc., a dissolved Florida Corporation, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of November, 2008.

                                         /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**